UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20648-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CARLOS MAURICIO ABARCA,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of John W. Wylie, Esq. for fees and expenses be paid in the full amount of $19,661.26. The Court has reviewed Judge Palermo's R&R and anticipates that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court, as follows: Mr. Wylie shall be paid $19,661.26 as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 22nd day of July, 2010.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
John W. Wylie, Esq.
Lucy Lara, CJA Administrator